## ESCAPE.

Jansen *v.* Hilton, 10 J. R. 549.

Not reported in S. Ct.

*Voluntary Return.*

Action against sheriff for an escape.

The Court of Errors held that in an action against the sheriff for an escape of a prisoner from the *liberties* of the jail, the sheriff may avail himself of any defence to the action which he might have had at common law in an action for an escape from actual custody.

Judgment *reversed* accordingly.

Mandell *v.* Barry, 10 J. R. 563.

In S. Ct. 9 J. R. 234.

*Escape ; Recapture or Voluntary Return ; Sureties.*

Action for an escape against *sureties* for the liberties of the jail.

The Supreme Court held, that a voluntary return of a prisoner, before suit brought, to the custody of the sheriff, was not a good defence to an action for the escape brought by the assignee of the bond to the sheriff, for the liberties of the prison against the prisoner and his sureties. The Supreme Court held the return not a good defence by the sureties, although it was so for the sheriff.

The Court of Errors held that it was a good defence for the *sureties,* as well as the sheriff, in an action for an escape and *reversed* the judgment of the Supreme Court.